O

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| FERNANDO JIMENEZ SANCHEZ,<br>Petitioner,<br>v.<br>J. JOHNSON,<br>Respondent. | Case No. 5:26-cv-03640-CAS-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge. Accordingly, IT IS HEREBY ORDERED:

1. The Magistrate Judge's Report and Recommendation (Dkt. 24) is ACCEPTED and ADOPTED in its entirety.

2. The First Amended Petition for Writ of Habeas Corpus is DISMISSED for lack of jurisdiction.

Date: September 29, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE